UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MONROE DIVISION

| | |
|---|---|
| TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC, <br><br>*Plaintiff,*<br><br>v.<br><br>SKANDA GROUP OF INDUSTRIES, LLC, and NAGENDRA KARRI<br>*Defendant.* | Civil Action No.: 3:23-cv-01039<br><br>JUDGE<br><br>MAG.<br><br>JURY TRIAL DEMANDED |

## COMPLAINT FOR BREACH OF PROMISSORY NOTE

This is an action by Plaintiff, Talbot's Pharmaceuticals Family Products, LLC (Dr. Talbot) for breach of a promissory note against Defendants, Skanda Group Of Industries, LLC (Skanda) and Nagendra Karri (Karri) (collectively Defendants). Dr. Talbot sued Skanda and Karri for breach of contract and fraud. The case was settled with Skanda and Karri agreeing to pay Dr. Talbot $800,000 over the course of 40 months. The payment was secured by a promissory note signed by both Skanda and Karri. A copy of the promissory note is attached as Exhibit 1. Dr. Talbot is the owner and holder of the promissory note. Skanda and Karri have failed to comply with the payment terms of the promissory note, are in breach of those terms, and have caused financial injury to Dr. Talbot. Dr. Talbot seeks damages for that injury.

### THE PARTIES

1. Plaintiff, TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC (Dr. Talbot) is a Limited Liability Company organized and existing under the laws of the State of Louisiana with its members having their domiciles in the States of Colorado, Florida, Louisiana, and

1

Tennessee and having a principal place of business at 3030 Aurora Avenue, Monroe, Louisiana 71201.  The members of Dr. Talbot are Abraham J. Hakim, a resident, domiciliary and citizen of Monroe Louisiana, Louise H. Moore, a resident, domiciliary and citizen of Monroe Louisiana, Kay H. Lahasky, a resident, domiciliary and citizen of New Orleans Louisiana, Hannah H. Jones, a resident, domiciliary and citizen of New Orleans Louisiana, Abraham N. Hakim, a resident, domiciliary and citizen of Miramar Beach Florida, Leah H. Goldenberg, a resident, domiciliary and citizen of New Orleans Louisiana, Jack A. Hakim, a resident, domiciliary and citizen of Boulder Colorado and Joseph D. Hakim, a resident, domiciliary and citizen of Nashville Tennessee.  For purposes of subject matter jurisdiction, Plaintiff Dr. Talbot is a citizen of the State of Colorado, Florida, Louisiana, and Tennessee.

2. Upon information and belief, Defendant, SKANDA GROUP OF INDUSTRIES, LLC is a member managed limited liability company organized and existing under the laws of the State of Louisiana with its two members, Nagendra Karri, a resident, domiciliary and citizen of California, and Chetna Jhamb a resident, domiciliary and citizen of the Country of India.  Skanda has its principal place of business at 4301 Ryan Street, Suite 134, Lake Charles, LA 70605, and 2029 Century Park East, Suite 400, Los Angeles, CA 90067.  Skanda's registered agent for service of process is Legalinc Corporate Services Inc., 8550 United Plaza Blvd., Suite 702, Baton Rouge, Louisiana, 70809.  Defendant Skanda is a citizen of the State of California and the Country of India.

3. Upon information and belief, Defendant Nagendra Karri, is a resident, domiciliary and citizen of California, is a member of Defendant Skanda and regularly conducts business from 16 Mustang Lane, Bell Canyon, California 91307.

**NATURE OF THE ACTION, JURISDICTION AND VENUE**

7. This is a civil action for breach of a promissory note. Defendants entered into a promissory note with Plaintiff in the State of Louisiana. By its express terms, Defendants agreed to jurisdiction of the United States District Court for the Western District of Louisiana. Based upon Defendants' failure to comply with the terms of the promissory note, Plaintiff seeks damages and all costs of this proceeding including its reasonable attorneys' fees.

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1332 as the Plaintiff is a citizen of Colorado, Florida, Louisiana, and Tennessee, the Defendant Karri is a citizen of the State of California, and Defendant Skanda is a citizen of both the State of California and the country of India based on the citizenship of its members Karri, who is a citizen of the State of California, and Chetna Jhamb, who is a citizen of both the State of California and the Country of India, therefore the parties are citizens of different states and a foreign state and the amount in controversy exceeds $75,000.

9. This Court has personal jurisdiction over the Defendants because (i) Defendants signed the promissory note that included an express written waiver of any objection to personal jurisdiction; (ii) Plaintiff's claims arise in whole or in part out of Defendants' purposeful and intentional conduct in Louisiana and this Judicial District; (iii) Defendants entered into a promissory note with Plaintiff in the State of Louisiana knowing some of Plaintiff's members are domiciled in the State of Louisiana, and thus this Court has personal jurisdiction over Defendants, and (iv) Defendant Skanda is a limited liability company organized under the laws of the State of Louisiana and as such is subject to the general jurisdiction of the Louisiana state and federal courts. Defendants are subject to personal jurisdiction under the provisions of the Louisiana Long Arm Statute, La. R.S. § 13:3204, by virtue of the fact that Defendants have

waived any objection to personal jurisdiction and have availed themselves of the privilege of conducting and soliciting business within this State, such that it would be reasonable for this Court to exercise personal jurisdiction consistent with the principles underlying the United States Constitution and would not offend traditional notions of fair play and substantial justice.

10. Venue in the Western District of Louisiana is proper pursuant to 28 U.S.C. §§ 1391(b), (c) and (d) because Defendants have expressly agreed to venue in the Western District of Louisiana, a substantial part of the events or omissions giving rise to the claims occurred in this judicial district, and a substantial part of the property that is the subject of this action is situated in the State of Louisiana and this Judicial District, and the Court has personal jurisdiction over these Defendants.

**CLAIM FOR RELIEF**

11. Plaintiff is in business as a seller of innovative, high quality, effective and attractive health and wellness products and has its headquarters in Monroe, Louisiana, where it conducts most of its business, maintains its corporate books and records, and where most of the employees, and managers are located.

12. Plaintiff sued Defendants for breach of contract and fraud in connection with the purchase of 1 million face masks.  The Parties settled the law suit by Defendants agreeing to pay Plaintiff $800,000.  The settlement amount was secured by a promissory note issued to Plaintiff and signed by both Defendants.  Pursuant to the terms of the promissory note, Defendants were to make 40 monthly payments of $20,000.  Defendants made some timely payments but failed to make other timely payments.

13. Pursuant to the terms of the promissory note, Defendants were to pay a late fee of $1,500.00 in the event of untimely payment and interest at the rate of prime plus 3% on all late payments.

14. Despite Plaintiff notifying Defendants that they were in default and offering them the opportunity to cure the default condition, Defendants continued to fail in making timely payments.

15. Defendants have violated the covenants and terms of the promissory note, and by reason of such default, Plaintiff exercised its right of acceleration and declared the entire unpaid balance, including principal and interest, immediately due and payable.

16. Pursuant to the terms of the promissory note, on June 16, 2023, Plaintiff exercised its option to accelerate the payment of the note making the entire unpaid balance of $640,000 immediately due.

17. All conditions precedent have been performed by Plaintiff and all efforts at an amicable resolution have failed. Copies of Plaintiff's correspondence are attached as Exhibit 2. Defendants failed to respond to any of Plaintiff's correspondence.

18. At the time Plaintiff accelerated the note, Defendants were in arrears to Plaintiff in the amount of $48,304.61. On June 20, 2023, Defendants made a payment of $21,500.00. Since that date, no additional payments have been made. As of August 1, 2023, together with the accelerated unpaid balance, late charges and interest, Defendants owe Plaintiff $628,668.39. A spreadsheet showing the Defendants' outstanding balance as of August 1, 2023, is attached as Exhibit 3. Interest on the unpaid balance of $628,668.39, is accruing at the agreed upon rate of 3% plus Prime.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in its favor against Defendants and grant the following relief:

A.     For judgment awarding Plaintiff $628,668.39, representing unpaid principal and accrued interest through August 1, 2023, with interest accruing at the agreed upon rate of 3% plus Prime, together with Plaintiff's reasonable attorneys' fees and expenses, together with legal interest from date of judicial demand until paid and all costs of this lawsuit.

B.     For judgment awarding such other and further relief to which Plaintiff is entitled or the Court may deem just and proper.

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38, Federal Rules of Civil Procedure, Plaintiff demands trial by jury in this action on all issues so triable.

Respectfully submitted this 4th day of August 2023,

*W. David Hammett*
W. David Hammett – (La. Bar #23112)
wdh@dfklaw.com
DAVENPORT, FILES & KELLY, L.L.P.
1509 Lamy Lane
P.O. Drawer 4787
Monroe, Louisiana 71211-4787
Telephone: (318) 387-6453


*Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr. – (La. Bar #37370)
bobc@nuby.com
3030 Aurora Ave., 2nd Floor
Monroe, Louisiana 71201
Telephone: (318) 410-4012
Facsimile: (318) 388-5892

*Counsel for Plaintiff, Talbot's Pharmaceuticals Family Products, LLC*