UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC**, | ) <br> ) <br> ) Civil Action No.: 3:23-cv-01039 <br> ) <br> ) **JUDGE TERRY A. DOUGHTY** <br> ) <br> ) **MAG. KAYLA D. McCLUSKY** <br> ) <br> ) <br> ) <br> ) |
| *Plaintiff,* | |
| v. | |
| **SKANDA GROUP OF INDUSTRIES, LLC, and NAGENDRA KARRI** | |
| *Defendants.* | |

## MOTION FOR DEFAULT JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, TALBOT'S PHARMACEUTICALS FAMILY PRODUCTS, LLC ("Talbot's"), which respectfully moves this Honorable Court for a Default Judgment against defendants, SKANDA GROUP OF INDUSTIRES, LLC and NAGENDRA KARRI (collectively "defendants"), as follows:

1.

In a prior suit before this Court (*Talbot's Pharmaceuticals Family Products, LLC vs. Skanda Group of Industries, LLC, et al.*, Civil Action No. 3:20-CV-00716), Talbot's and defendants reached a settlement agreement by which defendants agreed to pay Talbot's $800,000.00 over forty (40) months. The settlement payments were secured by a promissory note (the "Note") signed by defendants, which is owned and held by Talbot's.[1]

---

[1] [Doc. No. 1] (Attachment 1-Promissory Note).

2.

Defendants made some initial payments on the Note. However, defendants eventually fell behind on payments and then ceased making any payments.[2]

3.

On June 16, 2023, Talbot's sent a letter to defendants which advised them that they were in default by the terms of the Note. Pursuant to Section 6 of the Note, Talbot's advised defendants that the entire remaining principal amount of the Note, together with all late charges and interest, was immediately due and payable.[3]

4.

On August 4, 2023, Talbot's filed this "Complaint for Breach of Promissory Note" against defendants.[4] Service of process has been deemed effected on defendants by Honorable Magistrate Judge Kayla D. McClusky.[5] Defendants have failed to plead or otherwise defend this action, and default has been entered by the Clerk of Court.[6] Fourteen days have passed since the entering of default by the Clerk of Court.

WHEREFORE, plaintiff, Talbot's Pharmaceuticals Family Products, LLC, respectfully requests this Honorable Court grant its "Motion for Default Judgment" against defendants, Skanda Group of Industries, LLC and Nagendra Karri, and issue a Judgment awarding the following relief:

- Judgment awarding Talbot's $737,500.65, representing unpaid principal, late fees and accrued interest through July 31, 2024, with interest accruing

---

[2] Exh. A, Skanda's Outstanding Balance.
[3] [Doc. No. 1] (Attachment 2- June 16, 2023 Letter).
[4] [Doc. No. 1].
[5] [Doc. No. 19].
[6] [Doc. Nos. 20-21].

at the agreed-upon rate of 3% prime, together with plaintiff's reasonable attorney fees and expenses, and with legal interest from the date of judicial demand until paid and for all costs incurred by plaintiff in prosecuting this lawsuit.[7]

Respectfully submitted,

July_30_, 2024
 Date

/s/ Jackson T. Wyly
W. David Hammett – (La. Bar #23112)
Jackson T. Wyly – (La. Bar #40999)
wdh@dfklaw.com; jtw@dfklaw.com
DAVENPORT, FILES & KELLY, L.L.P.
1509 Lamy Lane
P. O. Drawer 4787
Monroe, Louisiana 71211-4787
Telephone: (318) 387-6453

Robert M. Chiaviello, Jr., Esq., T.A.
New York Bar No. 2018687
Louisiana Bar No. 37370
Texas Bar No. 04190720
Washington, D.C. Bar No. TX0062
bobc@nuby.com
Nuby Law
3030 Aurora Avenue
Monroe, LA  71201
Telephone: (318) 410-4012

*Counsel for Plaintiff*

CERTIFICATE

I hereby certify that an exact copy of the above and foregoing has been served upon all counsel of record by placing the same in the United States Mail properly addressed and postage prepaid and/or through this Court's ECF system which may send a notice of electronic filing to counsel;

So certified at Monroe, Ouachita Parish, Louisiana, this 30 day of July, 2024.

/s/ Jackson T. Wyly
Of Counsel

2021-373\FEDERAL PLEADINGS\2ND SUIT\MOTION FOR DEFAULT JUDGMENT - KJ

---

[7] Exh. B, Attorney Fees Declaration of W. David Hammett; Exh. C, Attorney Fees Declaration of Robert M. Chiaviello, Jr.