UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C** | **CASE NO. 3:23-CV-01039** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SKANDA GROUP OF INDUSTRIES L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

Considering the foregoing Motion for Default Judgment [Doc. No. 22],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Judgment against Defendants Skanda Group of Industries, LLC and Negendra Karri is enforced under these terms: awarding Talbot's $737,500.65, representing unpaid principal, late fees, and accrued interest through July 31, 2024, with interest accruing at the agreed upon rate of 3% prime; $11,456.00 in attorney fees to the firm of Davenport, Files & Kelly, LLP, David Hammett; and $22,355.00 in attorney fees to Nuby Law Firm, Robert Chiavello.

MONROE, LOUISIANA, this 27th day of August 2024.

_____
Terry A. Doughty
United States District Judge