# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **TALBOTS PHARMACEUTICALS FAMILY PRODUCTS L L C** | **CASE NO. 3:23-CV-01039** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SKANDA GROUP OF INDUSTRIES L L C ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## AMENDED JUDGMENT

Considering the foregoing Motion to Alter Judgment [Doc. No. 25],

**IT IS ORDERED** that the Motion is **GRANTED**, and the Court's August 27, 2024, Judgment is **VACATED** and **AMENDED** as follows:

**IT ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**, and Judgment against Defendants Skanda Group of Industries, LLC and Nagendra Karri is enforced under these terms: awarding Talbot's $737,500.65, representing unpaid principal, late fees, and accrued interest through July 31, 2024, with interest accruing at the agreed upon rate of 3% prime; $11,456.00 in attorney fees to the firm of Davenport, Files & Kelly, LLP, David Hammett; and $22,355.00 in attorney fees to Nuby Law Firm, Robert Chiaviello.

MONROE, LOUISIANA, this 23rd day of September 2024.

Terry A. Doughty
United States District Judge